Form a0nclwod

**United States Bankruptcy Court**
**Southern District of Ohio**
**170 North High Street**
**Columbus, OH 43215−2414**

---

In Re: Perry Jeffries                                  Case No.: 2:09−bk−61449

       Debtor(s)                              Chapter: 7

SSN/TAX ID:
    xxx−xx−5721                                Judge: Charles M Caldwell

---

**Notice of Closing of Case Without Issuance of Discharge**

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge because the Debtor did not file Official Form 23 ("Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management").

Dated: May 4, 2010

                                FOR THE COURT:
                                Kenneth Jordan
                                Clerk, U.S. Bankruptcy Court